# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TAYLOR CAVETTE and DIANE VO, individually and on behalf of similarly situated individuals, | |
| | Case No. 2:19-cv-02546 |
| *Plaintiffs*, | Hon. Thomas L. Parker |
| v. | Magistrate Hon. Tu M. Pham |
| FORD MOTOR CO., a Delaware corporation, | |
| *Defendant*. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN pursuant to Local Rule 83.13(a) that Plaintiffs' claims in this matter pending against Ford Motor Co. ("Defendant") have been resolved to the satisfaction of Plaintiffs and Defendant. Pursuant to Local Rule 83.13(b), it is respectfully requested that the Court direct the Clerk to remove any upcoming deadlines and dates for this matter from its calendar and that the Court provide Plaintiffs and Defendant with twenty-eight (28) days with which to complete their settlement and file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 2, 2021

Respectfully submitted,

MCGUIRE LAW, P.C.

By: /s/ Timothy P. Kingsbury
Timothy P. Kingsbury
Admitted *pro hac vice*
55 W. Wacker Drive, 9th Floor
Chicago, Illinois 60601
(312) 893-7002 (telephone)
(312) 275-7895 (facsimile)
tkingsbury@mcgpc.com

and

1

Robert A. Cox, Esq.
B.P.R. No. 014279
Edwin E. Wallis, III, Esq.
B.P.R. No. 023950
GLASSMAN, WYATT, TUTTLE & COX, P.C.
26 North Second Street
Memphis, Tennessee 38103
(901) 527-4673 (telephone)
(901) 521-0940 (facsimile)
rcox@gwtclaw.com
ewallis@gwtclaw.com

*Counsel for Plaintiffs*

LEWIS, THOMASON
KING, KRIEG & WALDROP, P.C.

By: /s/ J. Randolph Bibb, Jr.
J. Randolph Bibb, Jr., B.P.R. No. 009350
Ryan N. Clark, B.P.R. No. 029105
George S. Scoville, III, B.P.R. No. 036999
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, Tennessee 37219
(615) 259-1366 (telephone)
(615) 259-1389 (facsimile)
rbibb@lewisthomason.com
rclark@lewisthomason.com

and

Krista L. Lenart, Esq.
Michigan Bar No. P59601
DYKEMA GOSSETT, PLLC
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
(734) 214-7676 (telephone)
(855) 270-4597 (facsimile)
klenart@dykema.com

and

Fred J. Fresard, Esq.
Michigan Bar No. P43694

DYKEMA GOSSETT, PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0593 (telephone)
(248) 233-1801 (facsimile)
ffresard@dykema.com

*Attorneys for Defendant
Ford Motor Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021 a copy of the foregoing *Notice of Settlement* was served upon the below counsel of record for Defendant Ford Motor Co. by operation of the Court's electronic case filing system:

J. Randolph Bibb, Jr., B.P.R. No. 009350
Ryan N. Clark, B.P.R. No. 029105
George S. Scoville, III, B.P.R. No. 036999
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, Tennessee 37219
(615) 259-1366 (telephone)
(615) 259-1389 (facsimile)
rbibb@lewisthomason.com
rclark@lewisthomason.com

and

Krista L. Lenart, Esq.
Michigan Bar No. P59601
DYKEMA GOSSETT, PLLC
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
(734) 214-7676 (telephone)
(855) 270-4597 (facsimile)
klenart@dykema.com

and

Fred J. Fresard, Esq.
Michigan Bar No. P43694
DYKEMA GOSSETT, PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0593 (telephone)
(248) 233-1801 (facsimile)
ffresard@dykema.com

and

Kathleen S. Corpus
WHITEFORD, TAYLOR &
PRESTON L.L.P

290 Town Center Drive, Ste. 324
Dearborn, MI 48126
(313) 406-5659
kcorpus@wtplaw.com

                                                /s/ Timothy P. Kingsbury