# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TAYLOR CAVETTE and DIANE VO, individually and on behalf of similarly situated individuals, | |
| | Case No. 2:19-cv-02546 |
| *Plaintiffs*, | Hon. Thomas L. Parker |
| v. | Magistrate Hon. Tu M. Pham |
| FORD MOTOR CO., a Delaware corporation, | |
| *Defendant*. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Local Rule 83.13 and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Taylor Cavette and Diane Vo and Defendant Ford Motor Co. hereby jointly stipulate to the dismissal of Plaintiffs' claims against Defendant with prejudice, and to the dismissal of the other putative Class members' claims without prejudice, with each party to bear their own costs.

Dated: March 30, 2021

Respectfully submitted,

MCGUIRE LAW, P.C.

By: /s/ Timothy P. Kingsbury
Timothy P. Kingsbury
Admitted *pro hac vice*
55 W. Wacker Drive, 9th Floor
Chicago, Illinois 60601
(312) 893-7002 (telephone)
(312) 275-7895 (facsimile)
tkingsbury@mcgpc.com

and

Robert A. Cox, Esq.
B.P.R. No. 014279
Edwin E. Wallis, III, Esq.

1

B.P.R. No. 023950
GLASSMAN, WYATT, TUTTLE & COX, P.C.
26 North Second Street
Memphis, Tennessee 38103
(901) 527-4673 (telephone)
(901) 521-0940 (facsimile)
rcox@gwtclaw.com
ewallis@gwtclaw.com

*Counsel for Plaintiffs*

LEWIS THOMASON, P.C.

By: /s/ J. Randolph Bibb, Jr. (by TPK with permission via e-mail on 03/30/21)
J. Randolph Bibb, Jr., B.P.R. No. 009350
Ryan N. Clark, B.P.R. No. 029105
George S. Scoville, III, B.P.R. No. 036999
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, Tennessee 37219
(615) 259-1366 (telephone)
(615) 259-1389 (facsimile)
rbibb@lewisthomason.com
rclark@lewisthomason.com

and

Krista L. Lenart, Esq.
Michigan Bar No. P59601
DYKEMA GOSSETT, PLLC
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
(734) 214-7676 (telephone)
(855) 270-4597 (facsimile)
klenart@dykema.com

and

Fred J. Fresard, Esq.
Michigan Bar No. P43694
DYKEMA GOSSETT, PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0593 (telephone)

(248) 233-1801 (facsimile)
ffresard@dykema.com

*Attorneys for Defendant*
*Ford Motor Company*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021 a copy of the foregoing *Joint Stipulation of Dismissal* was served upon the below counsel of record for Defendant Ford Motor Co. by operation of the Court's electronic case filing system:

J. Randolph Bibb, Jr., B.P.R. No. 009350
Ryan N. Clark, B.P.R. No. 029105
George S. Scoville, III, B.P.R. No. 036999
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, Tennessee 37219
(615) 259-1366 (telephone)
(615) 259-1389 (facsimile)
rbibb@lewisthomason.com
rclark@lewisthomason.com
gscoville@lewisthomason.com

and

Krista L. Lenart, Esq.
Michigan Bar No. P59601
DYKEMA GOSSETT, PLLC
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
(734) 214-7676 (telephone)
(855) 270-4597 (facsimile)
klenart@dykema.com

and

Fred J. Fresard, Esq.
Michigan Bar No. P43694
DYKEMA GOSSETT, PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0593 (telephone)
(248) 233-1801 (facsimile)
ffresard@dykema.com

and

Kathleen S. Corpus

WHITEFORD, TAYLOR &
PRESTON L.L.P
290 Town Center Drive, Ste. 324
Dearborn, MI 48126
(313) 406-5659
kcorpus@wtplaw.com


                                                                                   /s/ Timothy P. Kingsbury