IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TAYLOR CAVETTE and DIANE VO, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR CO., a Delaware Corporation,<br><br>Defendant. | No. 2:19-cv-02546-TLP-tmp<br><br>JURY DEMAND |

**JUDGMENT**

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on August 19, 2019, (ECF No. 1), and amended on November 22, 2019 (ECF No. 15). In accordance with the Joint Stipulation of Dismissal (ECF No. 53), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE** as to Plaintiffs and **WITHOUT PREJUDICE** as to the other putative Class members. Each party shall bear its own costs.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

March 31, 2021
Date